

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BANC ONE LEASING CORPORATION, ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> PHOENIX LIFE INSURANCE COMPANY f/k/a ) <br> Phoenix Home Life Mutual Insurance Company, ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:03cv1054(CFD) <br><br><br><br><br><br><br> June 24, 2003 |

### PLAINTIFF'S MOTION TO AMEND SUMMONS TO CORRECT MISDESIGNATION OF DEFENDANT

The plaintiff, Banc One Leasing Corporation, hereby moves pursuant to Rule 4(a), Fed. R. Civ. P. to amend the summons issued to the defendant, Phoenix Life Insurance Company, f/k/a Phoenix Home Life Mutual Insurance Company. The reason for the requested amendment is that the original summons in this case issued on June 13, 2003 incorrectly designated and summoned the defendant as "Phoenix *Home* Life Insurance Company," as opposed to the proper designation of "Phoenix Life Insurance Company." Correction of the summons by means of the proposed amendment should eliminate any issues over the propriety of process issued in this case. A copy of the proposed amended summons is attached hereto as Exhibit A.

To date, no appearance on behalf of the defendant has been entered in this case. Plaintiff intends to serve its First Amended Complaint (amended as of right under Rule 15(a) and being filed simultaneously herewith) with the amended summons.

GRANTED, without prejudice to the defendant contesting service or showing prejudice through amendment.
SO ORDERED.

Christopher F. Droney
United States District Judge
1/27/2004

JCG/32374/2/637582v1
06/24/03-HRT/